U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 23 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ANTONIO JENKINS § | |
| Plaintiff § | |
| § | |
| V. § | CAUSE NO. 3-05CV1688-B |
| § | |
| HUGE AMERICAN RESTAURANTS, INC. § | |
| Defendant. § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Antonio Jenkins, Plaintiff herein, now files this his Original Complaint, and would show the Court as follows.

### I.   PARTIES

1. Plaintiff Antonio Jenkins is an individual residing within Dallas County, Texas.

2. Defendant Huge American Restaurants, Inc. is a Texas Corporation with its headquarters in Richardson, Texas and may be served with process through its registered agent, Sunil Dharod, Jr., 681 North Plano Road, Suite 121, Richardson, Texas 75081-2909.

### II.   JURISDICTION

3. This court has original jurisdiction over the claims asserted herein pursuant to 28 U.S.C. §§ 1331 and 1332 and 42 U.S.C. § 1981.

### III.   VENUE

4. Venue is proper in this Court because the cause of action accrued in Dallas County, Texas.

## IV.   FACTS

5.   On July 6, 2004, at approximately 9:35 p.m., Plaintiff, an African-American male entered the Burger King restaurant located at the intersection of Plano Rd and Walnut in Richardson, Texas. Upon information and belief, the franchise for such restaurant is owned by Defendant.

6.   Plaintiff sought to be served in the restaurant, but was told by Roberto Gonzalez, the manager on duty, that Mr. Jenkins could be served, but he would not be permitted to eat in the dining room. Mr. Jenkins noted that several Hispanic patrons were being permitted to eat in the dining room, and demanded an explanation. Mr. Gonzalez could not provide an answer, and Mr. Jenkins demanded to speak with his supervisor. Mr. Gonzalez responded by telling Mr. Jenkins "we don't have time for you" and instructed Mr. Jenkins to leave the restaurant, which Mr. Jenkins did.

7.   On or about August 14, 2004, Mr. Jenkins again sought service at the same restaurant at approximately 9:30 p.m. Mr. Gonzalez again was on duty but instructed another employee to handle Mr. Jenkins. Plaintiff again was told that the dining room was closing shortly and that he would have to leave. Plaintiff became irate, at which point the employees in the store began laughing at him in front of his wife and children. Upon information and belief, the Hispanic patrons standing immediately behind Mr. Jenkins in line were served by Defendant's employees.

8.   The next day Mr. Jenkins returned to the same restaurant and was told by the Assistant Manager on duty that the dining room does not close until

11 p.m. The person who had refused Mr. Jenkins service the night before told him that morning that he had been instructed by Mr. Gonzalez to do so.

### IV.  FIRST CAUSE OF ACTION—RACE DISCRIMINATION

9. Plaintiff incorporates paragraphs 1-8 herein by reference as if set forth in full.

10. In conduct hearkening back to segregation, Defendant discriminated against Plaintiff on the basis of his race by refusing him service, in violation of 42 U.S.C. §1981, which prohibits discrimination on the basis of race in the making of contracts.

11. As a proximate result of Defendant's conduct, Plaintiff has suffered damages in excess of the minimum jurisdictional requirements of this Court.

12. In addition, Plaintiff has been required to retain an attorney to represent him in connection with pursuing his statutory rights.

13. Defendant's conduct was intentional and willful and merits the imposition of punitive damages.

### V.  INJUNCTION

14. Plaintiff incorporates Paragraphs 1-13 herein by reference as if set forth in full.

15. In addition to monetary damages, Plaintiff requests that the Court enter a permanent injunction enjoining Defendant from refusing service to any person on the basis of race.

### VI.  PRAYER

16.  Plaintiff incorporates Paragraphs 1-15 herein by reference, as if set forth in full.

17.  Plaintiff prays that the Court enter judgment in his behalf and award him damages, including:

    a.  actual damages

    b.  Compensatory damages, including recovery for mental and emotional distress;

    e.  Punitive damages;

    f.  Costs of Court; and

    g.  Reasonable and necessary attorney's fees.

18.  Plaintiff further requests that the Court enter a permanent injunction enjoining Defendant from refusing service to any person on the basis of race.

### VII.  JURY DEMAND

26.  Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff requests that the Court enter judgment for Plaintiff as described herein, that Plaintiff be awarded actual damages, compensatory damages, costs, and attorney's fees, injunctive relief as set forth herein, and that Plaintiff be awarded such additional recovery to which the Court finds him justly entitled.

Respectfully submitted,

_____
R.S. Ghio
Texas State Bar No. 00787531
**LAW OFFICE OF R.S. GHIO**
The Curtis Building
318 West Main St., Suite 100
Arlington, Texas 76010
Tel.: Metro (817) 543-2557
Fax:  (817) 277-2557

ATTORNEY FOR PLAINTIFF

JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Antonio Jenkins

**DEFENDANTS**
Huge American Restaurants, Inc.

AUG 2 3 2005
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ORIGINAL

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
R.S. Ghio, Law Office of R.S. Ghio, 318 West Main St., Ste. 100, Arlington, Texas 76010 Metro 817-543-2557

Attorneys (If known): 3-05CV1688-B

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R R & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U S Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
Brief description of cause: 42 U.S.C. Sec. 1981
Race Discrimination--Refusal to serve

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE: N/A
DOCKET NUMBER: N/A

DATE: August 23, 2005
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____